**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*: _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Frisco Baking Company, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-1864555** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** **621 W. Avenue 26** **Los Angeles, CA 90065** Number, Street, City, State & ZIP Code **Los Angeles** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **friscobaking.org** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor __Frisco Baking Company, Inc._____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3118__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Frisco Baking Company, Inc.**     Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Frisco Baking Company, Inc.**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/24/2025
　　　　　　　　MM / DD / YYYY

X  /s/ signature　　　　　　　　　　　　　　　　Damon M. Perata
Signature of authorized representative of debtor　　Printed name

Title  **Chief Executive Officer**

---

**18. Signature of attorney**

X _____　　　　　Date _____
Signature of attorney for debtor　　　　　　　　　　　　　　　MM / DD / YYYY

**Jeffrey S. Shinbrot 155486**
Printed name

**Jeffrey S. Shinbrot, APLC**
Firm name

**15260 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403**
Number, Street, City, State & ZIP Code

Contact phone  **3106595444**　　　Email address  **jeffrey@shinbrotfirm.com**

**155486 CA**
Bar number and State

UNITED STATES BANKRUPTCY COURT
Central District of California

**RESOLUTION OF BOARD OF DIRECTORS OF
FRISCO BAKING COMPANY INC.**

I, Damon M. Perata, declare under penalty of perjury that I am the Chief Executive Officer of FRISCO BAKING COMPANY INC., a California corporation (the "Company"), and that on February 24, 2025, the following resolution was duly adopted by the Board of Directors:

**WHEREAS**, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**BE IT THEREFORE RESOLVED**, that Damon M. Perata, Chief Executive Officer of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

**BE IT FURTHER RESOLVED**, that Damon M. Perata, Chief Executive Officer of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED**, that Damon M. Perata, Chief Executive Officer of the Company, is and was authorized and directed to employ Jeffrey S. Shinbrot, A Professional Law Corporation to represent the Company in such bankruptcy case.

February 24, 2025        Signed: _____
                         Damon M. Perata, Chief Executive Officer
                         Frisco Baking Company Inc.

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey S. Shinbrot 155486**<br>**15260 Ventura Blvd.**<br>**Suite 1200**<br>**Sherman Oaks, CA 91403**<br>**3106595444 Fax: 3108788304**<br>California State Bar Number: **155486 CA**<br>jeffrey@shinbrotfirm.com | |
| ✓ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Frisco Baking Company, Inc.**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Damon M. Perata**_____, the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                  F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:
   - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

  b.   ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

__02/24/2025__           By: _[signature]_
Date                                       Signature of Debtor, or attorney for Debtor

                                   Name:    __Damon M. Perata, Chief Executive Officer__
                                                    Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                              F 1007-4.CORP.OWNERSHIP.STMT

Fill in this information to identify the case:

Debtor name: **Frisco Baking Company, Inc.**
United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pachanga Ice LLC<br>3737 Floral Drive<br>Los Angeles, CA 90063 | Adam Libman<br><br>323-494-3897 | Trade debt through petition date. | | | | $6,325.00 |
| Allied International Security, Inc.<br>3333 Wilshire Blvd., # 900-10<br>Los Angeles, CA 90010 | info@alliedintsecurity.com<br>855-968-3398 | Trade debt through petition date. | | | | $18,118.89 |
| AMZ Packing Incorporated<br>PO Box 58172<br>Los Angeles, CA 90058 | Arthur William Shapiro<br><br>OFFICE@AMZPKG.COM<br>323-584-6656 | Trade debt through petition date. | | | | $6,372.17 |
| Atkinson, Andelson, Loya,<br>Rudd & Romo, APLC<br>12800 Center Court Drive # 300<br>Cerritos, CA 90703 | 562-653-3200 | Legal services | | | | $20,670.32 |
| Bakery and Confectionery Union and Industry Internation Pension Fund<br>10401 Connecticut Avenue<br>Kensington, MD 20895 | Katherine McDonough, Esquire<br><br>650-314-7800 | Judgement creditor | Disputed | | | $7,037,204.00 |
| Capitol Food Company<br>12836 Alondra Blvd.<br>Cerritos, CA 90703 | J. Levi<br>jlevi@capitolfoodco.com<br>(562) 404-4321 | Trade debt through petition date. | | | | $380,507.62 |

| Debtor | Frisco Baking Company, Inc. | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chubb Group of Insurance Companies  PO Box 7247-0180  Philadelphia, PA 19170-0180 | 1-800-682-4822 | Services rendered through petition date. | | | | $10,242.28 |
| CompWest Insurance Company  PO Box 40790  Lansing, MI 48901 | Amanda Garcia  (888) 266-7937 | Services rendered through petition date. | | | | $60,902.20 |
| Elite Mechanical HVAC  7764 Fountain Avenue  West Hollywood, CA 90046 | Tarin Thaniyavarn | Services rendered through petition date. | | | | $19,753.00 |
| Freund Baking Co.  PO Box 3791  Glendale, CA 91201 | James Freund  323-724-3000 | Trade debt through petition date. | | | | $16,430.00 |
| Internal Revenue Service  P.O. Box 7346  Philadelphia, PA 19101-7346 | | Form 941-Employer's Quateryly tax 2021-2025 | | | | $969,655.82 |
| LA DWP  PO Box 30808  Los Angeles, CA 90030 | 800-342-5379 | Services rendered through petition date. | | | | $196,039.40 |
| LA DWP  PO Box 30808  Los Angeles, CA 90030 | 800-342-5379 | Services rendered through petition date. | | | | $119,508.43 |
| Labornow, Inc.  38 Braintree Hill Office Park Suite 203  Boston, MA 02108-4000 | ca_info@labornowhr.com  (626) 559-8730 | Trade debt through petition date. | | | | $13,365.54 |
| Los Angeles County Treasurere & Tax  PO Box 54110  Los Angeles, CA 90054 | unsecured@ttc.lacounty.gov  213-893-7935 | Trade debt through petition date. | | | | $9,932.17 |
| Maisano's Wholesale Bakery  1110 E. Kimberly Ave  Anaheim, CA 92801 | maisanosbakery.com  (714) 537-2382 | Trade debt through petition date. | | | | $329,631.56 |

Debtor  **Frisco Baking Company, Inc.**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Quality Industry Repair, Inc** 1815 N. Potrero Ave South El Monte, CA 91733 | **GUILLERMO CASTELLANOS** 626448-7778 | **Trade debt through petition date.** | Disputed | | | $8,437.25 |
| **Quality Packaging Supply Corporatio** 5370 E. Hunter Avenue Anaheim, CA 92807 | **Judy** judy@qualitypackagingsupply.com 714-777-9800 | **Trade debt through petition date.** | | | | $23,171.52 |
| **So. Cal Gas Compnay** PO Box 1626 Monterey Park, CA 91754 | customer service 213-244-2442 | **Services rendered through petition date.** | | | | $50,385.00 |
| **Stevens & Lee** 111 North Sixth Street Reading, PA 19601 | 610-478-2000 | **Trade debt through petition date.** | | | | $17,480.80 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeffrey S. Shinbrot 155486<br>15260 Ventura Blvd.<br>Suite 1200<br>Sherman Oaks, CA 91403<br>3106595444 Fax: 3108788304<br>California State Bar Number: 155486 CA<br>jeffrey@shinbrotfirm.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Frisco Baking Company, Inc.**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 02/24/2025

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                F 1007-1.MAILING.LIST.VERIFICATION

```
Frisco Baking Company, Inc.
621 W. Avenue 26
Los Angeles, CA 90065


Jeffrey S. Shinbrot
Jeffrey S. Shinbrot, APLC
15260 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403


 Jerry's Auto Repair & Body Inc
1536 E. Walnut St.
Pasadena, CA 91106


 Pachanga Ice  LLC
3737  Floral Drive
Los Angeles, CA 90063


 Stewart Systems, Inc.
PO Box 869034
Plano, TX 75086


1-800-Timeclocks Inc.
1200 S. Brand Blvd., Suite 11-110
Glendale, CA 91204


1-800-Timeclocks Inc.
3517 N. Verdugo Rd.
Glendale, CA 91208


Allied International Security, Inc.
3333 Wilshire Blvd., # 900-10
Los Angeles, CA 90010
```

American Yeast Corp.
1861 Madison Ave
Memphis, TN 38104


AMZ Packing Incorporated
PO Box 58172
Los Angeles, CA 90058


Anthony's Diesel Tech Auto Repair
815 N. Acacia
Compton, CA 90220


Argentina Market
1272 E. Villa St.
Pasadena, CA 91106


Atkinson, Andelson, Loya,
Rudd & Romo, APLC
12800 Center Court Drive # 300
Cerritos, CA 90703


Bakery and Confectonery Union and
Industry Internation Pension Fund
10401 Connecticut Avenue
Kensington, MD 20895


Balboa Capita Corporation
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626


Capitol Food Company
12836 Alondra Blvd.
Cerritos, CA 90703

```
Chubb Group of Insurance Companies
PO Box 7247-0180
Philadelphia, PA 19170-0180


Colony Products Company
1931 W. Park Avenue
Redlands, CA 92373


CompWest Insurance Company
PO Box 40790
Lansing, MI 48901


Elite Mechanical HVAC
7764 Fountain Avenue
West Hollywood, CA 90046


Espiritu Customs Maintenance
1515 N. San Fernando Rd. Unit 181
Los Angeles, CA 90065


Federal Express
PO Box 7221
Pasadena, CA 91109-8321


Freund Baking Co.
PO Box 3791
Glendale, CA 91201


G.T.O. Auto Glass Corporation
1001 N. Mission Blvd.,
Los Angeles, CA 90033
```

Grainger Company, Inc.
50-855 Washington St., Ste. 236
La Quinta, CA 92253


Hanmi Bank
3660 Wilshire Blvd., PH-A
Los Angeles, CA 90010


Ida Elison Trustee et al.
PLM Loan Management Services Inc.,
5330 Office Centre Ct., Ste. 58
Bakersfield, CA 93309


Industrial Formulators, Inc.
15631 Graham St., Unit E
Huntington Beach, CA 92649


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kraw Law Group
605 Ellis Street Ste. 200
Mountain View, CA 94043


Kwik Lok Corporation
2712 S. 16th Avenue
Yakima, WA 98903


LA County Treasurer and Tax Collect
225 N. Hill Street Room 109
Los Angeles, CA 90012

```
LA DWP
PO Box 30808
Los Angeles, CA 90030


Labornow, Inc.
38 Braintree Hill Office Park
Suite 203
Boston, MA 02108-4000


Lallemand/American Yeast Corp.
251 Stiles Drive
Memphis, TN 38127


Leaf Capital Funding LLC
2005 Market Street 14th Floor
Philadelphia, PA 19103


Los Angeles County Treasurere & Tax
PO Box 54110
Los Angeles, CA 90054


Maisano's Wholesale Bakery
1110 E. Kimberly Ave
Anaheim, CA 92801


Mcmaster-Carr Supply Company
600 N. County Line Road
Elmhurst, IL 60126


Midwest Industrial Rubber
2109 Bishop Cir E.
Dexter, MI 48130
```

Modern Safety Supply
5370 E. Hunter Avenue
Anaheim, CA 92807


NewLane Finance Company
123 S. Broad St., 17 Floor
Philadelphia, PA 19109


Pachucos Towing Corp
140 E. 103rd Street
Los Angeles, CA 90003


Pricco-Perata LLC
10330 Valleyglow Drive
Sunland, CA 91040


Quality Industry Repair, Inc
1815 N. Potrero Ave
South El Monte, CA 91733


Quality Packaging Supply Corporatio
5370 E. Hunter Avenue
Anaheim, CA 92807


Royal Packaging Corporation
16742 Burke Lave
Huntington Beach, CA 92647


So. Cal Gas Compnay
PO Box 1626
Monterey Park, CA 91754

Sothern CA Gas Cmpany
Remittance Processing
ML 711D
1801 S. Atlantic Blvdv
Monterey Park, CA 91754


State of California
Employment Development Dept.
Lien Group, MIC 92G
PO Box 826880
Sacramento, CA 94280


State Of California Franchise Tax B
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Stevens & Lee
111 North Sixth Street
Reading, PA 19601


Taylor Nicole Professionals
174 W. Lincoln Ave # 576
Anaheim, CA 92805


Temple Medical Center
124 N. Vignes St.,
Los Angeles, CA 90012


Titan Water Technology Inc.,
2313 E. Philadelphia St., # E
Ontario, CA 91761


United Bakery Equipment Co.
15315 Marquardt Avenue
Santa Fe Springs, CA 90670

Verus Chem-Tech, Inc.
PO Box 77321
Corona, CA 92877


Western Bagel Baking Corporation
7814 Sepulveda Blvd.,
Van Nuys, CA 91405


Western Exterminator
3333 W. Temple St
Los Angeles, CA 90026